UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Mariah Jaquez

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-cr-   (   )

Defendant ____Mariah Jaquez____ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~: teleconferencing

**x** Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Felony Plea/Trial/Sentence

_/s/ For Mariah Jaquez_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Mariah Jaquez
Print Defendant's Name

_/s/_
Defense Counsel's Signature

Ian Marcus Amelkin
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

Oct. 27, 2020
Date

U.S. Magistrate Judge – ONA T. WANG