UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Mariah Jaquez

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 MJ 11673

Defendant ___Mariah Jaquez___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or X teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

X Conference Before a Judicial Officer

_____
for Mariah Jaquez
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Mariah Jaquez
Print Defendant's Name

_____
Defendant's Counsel's Signature

Ian H. Marcus Amelkin
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2.16.2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge